KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
(702)853-0700
kal13mail@las13.com

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

| | |
|---|---|
| IN RE:<br>HENRY O DURHAM<br>BETTY R DURHAM<br><br>            Debtor (s) | CASE NO: BKS-12-23940-ABL<br><br>NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE |

**TO THE DEBTOR(S) AND HIS OR HER ATTORNEY:**

**YOU ARE DELINQUENT IN YOUR CHAPTER 13 PLAN PAYMENTS AND YOUR CASE MAY BE DISMISSED, UNLESS YOU TAKE ACTION BY July 17, 2016.**

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee's records show that you have not made all of the payments required by your Confirmed Plan.

YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.  As of June 13, 2016, payments are delinquent in the amount of $666.00.  A list of payments received is attached as "Exhibit A".  Any tax refunds or proceeds from insurance or sales do not appear on the Exhibit.

IN ORDER TO CONTINUE TO RECEIVE THE PROTECTION OF THE U.S. BANKRUPTCY COURT:

**YOU MUST, by July 17, 2016, do one of the following:**

**1)  YOU MUST,** by July 17, 2016, bring the case current by paying, to the Chapter 13 Trustee, the amount of $999.00  (This amount represents your delinquency plus your next plan payment due after June 13, 2016);

**OR**

**2)  YOU MUST**, by July 17, 2016, file with the Court, through your attorney, if you are represented, a Modified Chapter 13 Plan.  Such modified Plan must propose terms under which you would not be in default and which will provide for Plan completion within 60 months of the original date you filed your Chapter 13 petition;

**IF YOU DO NOT COMPLY BY July 17, 2016, YOUR CASE MAY BE DISMISSED.**

**THIS NOTICE ADDRESSES PLAN PAYMENT DEFAULT ONLY AND DOES NOT ADDRESS OTHER PROBLEMS THAT MAY EXIST IN YOUR CASE. PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY.**

Dated: June 17, 2016            /s/ Kathleen A. Leavitt
                                Kathleen A. Leavitt
                                Chapter 13 Trustee

**Exhibit A to Notice of Default**                                    **CASE NO.: 12-23940-ABL**
**HENRY O DURHAM AND BETTY R DURHAM**

| Date Posted | Source Number | Description | Amount of Receipt |
|---|---|---|---|
| Jan 10, 2013 | USPS 7430 | MONEY ORDER FROM DEBTOR | 333.00 |
| Feb 12, 2013 | CHASE 5790 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Mar 14, 2013 | WU 0258 | MONEY ORDER FROM DEBTOR | 333.00 |
| Apr 15, 2013 | CHASE 6448 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| May 10, 2013 | CHASE 6563 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Jun 05, 2013 | CHASE 6636 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Jul 10, 2013 | CHASE 6742 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Aug 20, 2013 | CHASE 6879 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Sep 24, 2013 | CHASE 9518 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Oct 23, 2013 | CHASE 7088 | CASHIER'S CHECK FROM DEBTOR | 330.00 |
| Nov 25, 2013 | CHASE 1481 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Dec 31, 2013 | CHASE 0209 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Jan 22, 2014 | CHASE 7371 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Feb 03, 2014 | CHASE 8862 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Mar 04, 2014 | CHASE 7516 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Apr 01, 2014 | CHASE 7595 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Apr 29, 2014 | CHASE 7691 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Jun 06, 2014 | CHASE 7810 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Jul 02, 2014 | CHASE 7878 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Aug 04, 2014 | CHASE 7968 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Sep 05, 2014 | CHASE 0487 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Oct 07, 2014 | CHASE 3226 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Nov 05, 2014 | CHASE 1003 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Dec 12, 2014 | CHASE 4867 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Jan 06, 2015 | CHASE 7031 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Feb 03, 2015 | CHASE 7200 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Feb 11, 2015 | CHASE 7352 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Mar 17, 2015 | USPS 4700 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| May 07, 2015 | CHASE 4694 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Jun 05, 2015 | CHASE 2672 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Jul 09, 2015 | CHASE 3008 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Aug 11, 2015 | CHASE 5318 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Sep 15, 2015 | CHASE 5564 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Nov 05, 2015 | CHASE 7069 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Jan 12, 2016 | CHASE 6349 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Mar 02, 2016 | CHASE 7859 | CASHIER'S CHECK FROM DEBTOR | 669.00 |
| Mar 11, 2016 | CHASE 5756 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| Apr 25, 2016 | CHASE 7073 | CASHIER'S CHECK FROM DEBTOR | 333.00 |
| | | **Gross Debtor Receipts:** | **$12,987.00** |

```
KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
(702)853-0700
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE:<br><br>**HENRY O DURHAM**<br>**BETTY R DURHAM**<br><br>**Debtor (s)** | CASE NO: BKS-12-23940-ABL<br>Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

1. On June 17, 2016 I served the following document(s):

   **NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE**

2. I served the above- named document(s) by the following means to the persons as listed below:

   **United States Mail, postage fully prepaid**

   HENRY O DURHAM            HAINES & KRIEGER LLC
   BETTY R DURHAM            8985 S EASTERN AVENUE
   1070 SIDEHILL WAY         SUITE 350
   LAS VEGAS, NV  89110      HENDERSON, NV  89123

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 6/17/16                    /s/ Esther Carr
                                      Employee of
                                      Kathleen A. Leavitt
                                      Chapter 13 Standing Trustee